UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK ARNOLD WHITE SR,

            Plaintiff,

  v.

STATE OF TEXAS,

            Defendant.

Case No. C12-1782-MJP

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of United Sates Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is **ADOPTED**;

(2) This action is **DISMISSED** without prejudice; and

(3) The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this _7th_____ day of January, 2013.

                                             Marsha J. Pechman
                                             United States District Judge

ORDER OF DISMISSAL - 1