# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICK ARNOLD WHITE SR,<br><br>                Plaintiff,<br><br>   v.<br><br>STATE OF TEXAS,<br><br>                Defendant. | Case No. C12-1782-MJP<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed the Report and Recommendation of United Sates Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and ORDER:

(1)   The Report and Recommendation is **ADOPTED**;

(2)   This action is **DISMISSED** without prejudice; and

(3)   The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this _7th_____ day of January, 2013.

                                                                     Marsha J. Pechman<br>
                                                                       United States District Judge

ORDER OF DISMISSAL - 1